IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-50921
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CARLOS SAENZ, Jr.,

Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. SA-96-CR-306-1
- - - - - - - - - - -
June 16, 1998
Before DAVIS, PARKER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Carlos Saenz, Jr., appeals the district court's denial of his plea of former jeopardy which was filed after he had made an unconditional plea of guilty. Saenz contends that the Double Jeopardy Clause barred his federal criminal prosecution for drug-related offenses following state civil forfeiture proceedings stemming from the same criminal activity. Saenz's unconditional guilty plea waived any double jeopardy challenge to his prosecution. United States v. Broce, 488 U.S. 563, 569 (1988).

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

APPEAL DISMISSED.